UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK S. FRANKLIN, D.O.,

    Plaintiff,

v.                                           CASE NO: 8:07-cv-1400-T-23MAP

HARTFORD LIFE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), an August 20, 2008, order (Doc. 26) referred the plaintiff's and the defendant's motions (Docs. 20, 21) for summary judgment to the United States Magistrate Judge for a report and recommendation. Following an October 20, 2008, report and recommendation (Doc. 32), the defendant objects (Doc. 33) and the plaintiff responds (Doc. 35).

A de novo review of the parties' memoranda on each party's motion for summary judgment, the Magistrate Judge's report and recommendation, and the defendant's objections reveals no error in the Magistrate Judge's assessment of the facts or application of law. Accordingly, the defendant's objections (Doc. 33) are **OVERRULED**, and the Magistrate Judge's report and recommendation (Doc. 32) is **ADOPTED**. The defendant's motion (Doc. 21) for summary judgment is **DENIED**, and the plaintiff's

motion (Doc. 20) for summary judgment is **GRANTED**.  The defendant's motion (Doc. 29) for leave to file a reply is **DENIED AS MOOT**.

On or before **December 15, 2008,** the parties shall confer in a good faith attempt to establish the content and amount of the judgment under 29 U.S.C. § 1132(a)(1)(B) and shall submit a stipulated order of final judgment.  If the parties fail to agree, each party shall, on or before **December 31, 2008**, submit a proposed order of judgment accompanied by a memorandum of legal authority in support of the proposed order.  The memorandum shall not exceed ten (10) pages.  A motion for attorneys' fees under 29 U.S.C. § 1132(g) may be submitted following judgment within the time prescribed by Local Rule 4.18(a).  Finally, this case is removed from the January, 2009, trial calendar.

ORDERED in Tampa, Florida, on November 25, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge
      Courtroom Deputy