UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK S. FRANKLIN, D.O.,

    Plaintiff,

v.                                     CASE NO: 8:07-cv-1400-T-23MAP

HARTFORD LIFE INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), a December 8, 2009, order (Doc. 58) refers the plaintiff's motion (Doc. 46) for attorneys' fees and costs to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's February 11, 2010, report and recommendation (Doc. 72), no party objects to the report and the time for filing objections has expired.

Accordingly, the Magistrate Judge's report and recommendation (Doc. 72) is **ADOPTED**, and the plaintiff's motion (Doc. 46) is **GRANTED** to the extent that the plaintiff is awarded $73,931.28 in attorneys' fees and $350.00 in costs. The Clerk is directed to enter judgment against the defendant and in favor of the plaintiff for $74,281.28.

ORDERED in Tampa, Florida, on March 10, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge
       Courtroom Deputy